## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**DYLAN PICKETT**,

      Plaintiff,

                              Case Number: **8:22-cv-1144-CEH-AEP**

v.

**DEINDE FINANCIAL, LLC,**
**DEINDE GROUP, LLC, and**
**TRANSPORTATION ALLIANCE**
**BANK, INC.,**

      Defendants.
_____/

### NOTICE OF SETTLEMENT AS TO DEINDE FINANCIAL, LLC, AND DEINDE GROUP, LLC

COMES NOW, the Plaintiff, Dylan Pickett, to notify this court pursuant to Local Rule 3.09 that he has reached a settlement with Defendants Deinde Financial, LLC, and Deinde Group, LLC, only. Upon consummation of the settlement terms, the Plaintiff will dismiss Defendants Deinde Financial, LLC, and Deinde Group, LLC, with prejudice.

Submitted this June 30, 2022, by:

                                                /s/ *Brandon D. Morgan*
                                                Brandon D. Morgan, Esq.
                                                Florida Bar Number: 1015954
                                                Seraph Legal, P. A.
                                                1614 N. 19th St.
                                                Tampa, FL 33605
                                                (813) 567-1230
                                                bmorgan@seraphlegal.com
                                                Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 30, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. This document has been served on Defendants' counsel via e-mail and a CM/ECF e-service system notice sent to all attorneys of record.

      */s/ Brandon D. Morgan*
      Brandon D. Morgan, Esq.
      Florida Bar Number: 1015954