UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DYLAN PICKETT**,

        Plaintiff,

        Case Number: **8:22-cv-1144-CEH-AEP**

v.

**DEINDE FINANCIAL, LLC,
DEINDE GROUP, LLC, and
TRANSPORTATION ALLIANCE
BANK, INC.**,

        Defendants.

_____/

## NOTICE OF SETTLEMENT AS TO TRANSPORTATION ALLIANCE BANK, INC.

COMES NOW, the Plaintiff, Dylan Pickett, to notify this court pursuant to Local Rule 3.09 that he has reached a settlement with Defendant Transportation Alliance Bank, Inc. Upon consummation of the settlement terms, the Plaintiff will dismiss Transportation Alliance Bank, Inc., with prejudice.

Submitted this July 25, 2022, by:

        /s/ *Brandon D. Morgan*
        Brandon D. Morgan, Esq.
        Florida Bar Number: 1015954
        Seraph Legal, P. A.
        1614 N. 19th St.
        Tampa, FL 33605
        (813) 567-1230
        bmorgan@seraphlegal.com
        Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 25, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. This document has been served on Defendants' counsel via e-mail and a CM/ECF e-service system notice sent to all attorneys of record.

                                            */s/ Brandon D. Morgan*
                                            Brandon D. Morgan, Esq.
                                            Florida Bar Number: 1015954