UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DYLAN PICKETT,

    Plaintiff,

v.                                           Case No: 8:22-cv-1144-CEH-AEP

DEINDE FINANCIAL, LLC,
DEINDE GROUP, LLC and
TRANSPORTATION ALLIANCE
BANK, INC.,

    Defendants.
_____/

**ORDER**

Before the Court is the parties' Joint Stipulation for Dismissal With Prejudice (Doc. 23). In accord with the Joint Stipulation for Dismissal With Prejudice, it is

**ORDERED**:

1) This cause is dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees.

2) The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on September 23, 2022.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record